UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC., <br><br>        Plaintiff, <br><br> v. <br><br> FK CONSTRUCTION FUNDING, LLC <br><br>        Defendant. | Civil Action No. 1:21-cv-12077-DPW |

## DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

The Defendant FK Construction Funding, LLC ("FKC") moves pursuant to F.R.C.P. Rule 12(b)(6) to dismiss the Amended Complaint of D.F. Pray, Inc. ("D.F. Pray"), because the claims asserted therein should be brought as a compulsory counterclaim to a previously commenced civil action brought by FKC against D.F. Pray pending in the Suffolk Superior Court. Dismissal is also appropriate pursuant to F.R.C.P. Rule 12(b)(7) for failure to join Amps Electric, Inc. as a necessary party.

Alternatively, FKC requests the Court to abstain and stay the action pending a resolution of the Suffolk Superior Court action. In support of its motion, FKC relies on its Memorandum of Law submitted herewith.

WHEREFORE, FK Construction Funding, LLC requests its motion be allowed and the Amended Complaint be dismissed, or the Court abstain and stay the action pending resolution of the Suffolk Superior Court civil action.

FK CONSTRUCTION FUNDING, LLC

By its attorneys,

*/s/ Charles R. Bennett, Jr.*
Charles R. Bennett Jr. (BBO #037380)
Murphy & King P.C.
28 State Street, Suite 3101
Boston, Massachusetts 02109
617-423-0400
Email: cbennett@murphyking.com

Dated: February 18, 2022

### CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on February 18, 2022, I caused a copy of the foregoing to be served electronically upon:

Richard E. Briansky, Esq.
Peckar & Abramson, P.C.
28 State Street, Suite 1802
Boston, MA 02109
Email: rbriansky@pecklaw.com
(*Counsel for D.F. Pray, Inc.*)

*/s/ Charles R. Bennett, Jr.*
Charles R. Bennett, Jr.

806831