UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.F. PRAY, INC.,<br>    Plaintiff, | |
| V. | CIVIL ACTION<br>No. 21-12077-DPW |
| FK CONSTRUCTION FUNDING, LLC,<br>    Defendant. | |

### JUDGMENT OF DISMISSAL

WOODLOCK, D.J.

On April 5, 2023, this Court issued an Order to Show Cause for the Plaintiff to show cause why the Defendant's Motion for Entry of Dismissal [ECF #26] should not be allowed. To date, no response has been filed by the plaintiff.

Accordingly, it is ORDERED that the Defendant's Motion for Entry of Dismissal is GRANTED and this case is DISMISSED WITH PREJUDICE.

DATED: April 19, 2023                    */s/ Douglas P. Woodlock*
                                          Douglas P. Woodlock
                                          United States District Judge